# EXHIBIT 1

# Filed Under Seal in Entirety