

Excerpt - Not Confidential

# ATTORNEYS' EYES ONLY

# Transcript of Ryan Reed-Baum, Corporate Designee

**Date:** February 23, 2024
**Case:** TB Holding Company, LLC -v- J&S Siding

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Ex. B, p. 1 (to the Camacho Decl.)

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF IDAHO
 3    Civil Action Number 4:22-cv-00307 BLW
 4
 5    TB HOLDING COMPANY LLC,
 6    a Colorado limited
 7    liability company,
 8          Plaintiff,
 9    vs.
10    J&S SIDING, an Idaho
11    limited liability company,
12          Defendant.
13    -------------------------------------------------
14         DEPOSITION OF TB HOLDING COMPANY LLC,
15      By and through its Designated Representative,
16                     RYAN REED-BAUM
17                   February 23, 2024
18                  Attorneys' Eyes Only
19    -------------------------------------------------
20
21
22
23    Job No.:  526636
24    Pages:  1-229
25    Reported by:  Kirsten M. Thorngate, RPR
```

ATTORNEYS' EYES ONLY

Transcript of Ryan Reed-Baum, Corporate Designee
Conducted on February 23, 2024

2

1            Deposition of RYAN REED-BAUM, called
2    by the Defendant in the above-entitled matter on
3    Friday, the 23rd day of February, 2024, commencing
4    at the hour of 8:39 a.m., at 555 17th Street,
5    Suite 3200, Denver, Colorado, before Kirsten M.
6    Thorngate, Registered Professional Reporter.  Said
7    deposition being taken pursuant to Notice and the
8    Federal Rules of Civil Procedure.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ATTORNEYS' EYES ONLY
Transcript of Ryan Reed-Baum, Corporate Designee
Conducted on February 23, 2024                3

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFF:
 3        JESSE J. CAMACHO, ESQ.
 4        Practus, LLP
 5        11300 Tomahawk Creek Parkway, Suite 310
 6        Leawood, Kansas 66211
 7        Phone:  240.206.6027
 8        Email:  jesse.camacho@practus.com
 9   ON BEHALF OF THE DEFENDANT:
10        ELIZABETH G.H. RANKS, ESQ.
11        Fish & Richardson P.C.
12        One Marina Park Drive
13        Boston, Massachusetts 02210
14        Phone: 617.542.5070
15        Email:  ranks@fr.com
16
          SAMUEL K. HAHN, ESQ. (VIA ZOOM)
17
          Hahn Law Office
18
          P.O. Box 50698
19
          Idaho Falls, Idaho 83405
20
          Phone: 208.506.5825
21
          Email:  skh@hahn-law.net
22
23   Also Present:
24        Ted Baum
25        Stephanie Walrath (Via Zoom)
```

**Ex. B, p. 4 (to the Camacho Decl.)**

```
1                        I N D E X
2    EXAMINATION:                                    PAGE
3         By Ms. Ranks                              7, 218
4         By Mr. Camacho                             196
5
6    DEPOSITION EXHIBITS:
7    Exhibit 1   Deposition notice                   18
8    Exhibit 2   Complaint for Damages and           19
9                Equitable Relief
10   Exhibit 3   Scheduling Order                    27
11   Exhibit 4   Photograph, TBH_ESI_00319           39
12   Exhibit 5   User License Agreement              45
13   Exhibit 6   Email to Sutheimer from T. Baum,    47
14               2/21/23, Subject:  Re:
15               Log attachment
16   Exhibit 7   User License Agreement              47
17   Exhibit 8   Email to Huckaba from T. Baum,      49
18               3/29/10, Subject:  Re:  parts
19   Exhibit 9   Spreadsheet, purchasers of NAMM     54
20               siding machines
21   Exhibit 10  Email to Sean from T. Baum,         56
22               1/26/10, Subject:  Re:  customer
23               list
24
25
```

```
 1            A.    That's not correct.
 2            Q.    I'm going to mark as Exhibit 5 a
 3    document that's going to be TBH_ESI_00175.
 4            (Deposition Exhibit 5 was marked.)
 5            Q.    Do you recognize this?
 6            A.    I do.
 7            Q.    And what is it?
 8            A.    This would be the license agreement
 9    between North American Machine and anybody that
10    leased an attachment or apparatus from us.
11            Q.    Okay.  And if you scroll down to
12    page 5 at the bottom, there's a paragraph 20.
13            A.    Okay.
14            Q.    Do you see that?
15            A.    I do.
16            Q.    And it says "Maintenance of licensed
17    equipment.  Licensee shall maintain the licensed
18    equipment" -- and "the licensed equipment" is the
19    TruLog attachment, right?
20            A.    That's correct.
21            Q.    Okay.  So clause 20 of Exhibit 5
22    requires the -- anyone who licenses the attachment
23    to keep it in good working order, including but
24    not limited to purchasing from licensor
25    replacements and repair parts for those components
```