Frederick J. Hahn, III (ISB No. 4258)
Samuel K. Hahn (ISB No. 10911)
HAHN LAW OFFICE
PO Box 50698
Idaho Falls, Idaho 83405
Telephone: 208.506.5825
Facsimile: 208.506.5826
fjh@hahn-law.net
skh@hahn-law.net

Elizabeth G.H. Ranks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210
Telephone: 617.542.5070
Facsimile: 617.542.8906
ranks@fr.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| TB HOLDING COMPANY LLC, a Colorado limited liability company | : : : : | Case No. 4:22-cv-00307 BLW |
| Plaintiff, | : : | |
| v. | : : | JURY TRIAL REQUESTED |
| J and S SIDING COMPANY, LLC, an Idaho limited liability company | : : : | |
| Defendant. | : | |

## DECLARATION OF ELIZABETH G.H. RANKS

I, Elizabeth G.H. Ranks, of full age and capacity, hereby declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C. ("Fish"), and I am patent counsel in this litigation for Defendant J and S Siding Company, LLC ("J and S"). My

contact information is provided above. I make this declaration on personal knowledge and based on the information available to me at the time and my understanding of it.

2. All references to exhibits are references to documents attached hereto unless indicated otherwise.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the November 8, 2024 sworn deposition of James Harrington, which is labeled as containing designated material under the protective order.

4. Attached as Exhibit 2 is a true and correct copy of the license between NAMC and TBH that was produced by TBH after the close of fact discovery, which is labeled as containing designated material under the protective order.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the June 19, 2024 sworn deposition of Ryan Reed-Baum being deposed as TBH's corporate witness.

6. Attached as Exhibit 4 is a true and correct copy of the August 9, 2024 expert report of James Harrington, which is labeled as containing designated material under the protective order.

7. Attached as Exhibit 5 is a true and correct copy of documents produced by TBH that appear to be the first and last pages of agreements signed by Mr. Baum and third parties, which is labeled as containing designated material under the protective order.

8. Attached as Exhibit 6 is a true and correct copy of excerpts from the September 27, 2024 expert report of Bruce L. Denney, which is labeled as containing designated material under the protective order.

9. Attached as Exhibit 7 is a true and correct copy of a document produced by TBH that appears to be a ledger of alleged payments by licensees, which is labeled as containing designated material under the protective order.

Dated: January 21, 2025                                Respectfully submitted,

                                                                                      */s/ Draft*
                                                 Elizabeth G.H. Ranks (Admitted *Pro Hac Vice*)
                                                 FISH & RICHARDSON P.C.
                                                 One Marina Park Drive
                                                 Boston, MA  02210
                                                 Telephone:  617.542.5070
                                                 Facsimile:  617.542.8906
                                                 ranks@fr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2025, I filed the foregoing electronically through the CM/ECF system under seal, and provided a copy via email to:

    Anne E. Henderson (aehenderson@hollandhart.com)

    Jesse B. Camacho (jesse.camacho@practus.com)

                                                         */s/ Draft*
                                                     Elizabeth G.H. Ranks